UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL McLAURIN,**<br><br>Plaintiff,<br><br>vs.<br><br>**JON KABAT, et al.,**<br><br>Defendants. | **2:23-CV-11212-TGB-APP**<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 24)** |

This matter is before the Court on Magistrate Judge Anthony P. Patti's November 12, 2024 Report and Recommendation (ECF No. 24), recommending that the matter be dismissed and that Defendant Salinas's Motion for Summary Judgment (ECF No. 20) be deemed moot.

The Court has reviewed the Magistrate Judge's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). The Court will, therefore, accept Judge Patti's Report and Recommendation of November 12, 2024 as its findings of fact and conclusions of law.

1

Accordingly, it is hereby **ORDERED** that Judge Patti's November 12, 2024 Report and Recommendation (ECF No. 24) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE** and Defendant Salinas's Motion for Summary Judgment (ECF No. 20) is **DENIED AS MOOT**.

**SO ORDERED** this 13th day of December, 2024.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge